UNITED STATES DISTICT COURT

for the

Eastern District of Virginia

UNITED STATES OF AMERICA,

    Plaintiff,

MARIBEL ORTIZ,

    Defendant.

CASE NO.: 2:16CR00071-002

## DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT

MARIBEL ORTIZ, the Defendant, by counsel hereby responds to the United States Presentence Investigation Report.

Defendant has no objection to the Presentence Investigation Report.

RESPECTFULLY SUBMITTED:

_____
David A. Cardon, Esquire
CARDON LAW FIRM
1192 Lynnhaven Parkway
Virginia Beach, VA 23452
(757) 306-9060- office
(757) 306-9061- fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was faxed to Joseph E. DePadilla United States Attorney's Office, 101 W. Main Street, Suite 800, Norfolk, Virginia 23510 this 9th day of September, 2016.

_____
David A. Cardon